**ORDERED ACCORDINGLY.**



# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: December 09, 2009**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22237/0323923805

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE: | No. 2:09-bk-00853-GBN |
| Pesai T. Pulotu and Temaleti Pulotu <br>         Debtors. | Chapter 13 |
| Barclays Capital Real Estate Inc. dba HomEq Servicing <br>         Movant, <br>     vs. | O R D E R <br><br> (Related to Docket # 18) |
| Pesai T. Pulotu and Temaleti Pulotu, Debtors; Edward J. Maney, Trustee. <br><br>         Respondents. |  |

This matter having come before the Court for a Preliminary Hearing on December 7, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Martin Beckley, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated April 29, 2005, and recorded on May 3, 2005, in the office of the Maricopa County Recorder at wherein Barclays Capital Real Estate Inc. dba HomEq Servicing is the current beneficiary and Pesai T. Pulotu and Temaleti Pulotu have an interest in, further described as:

Lot 419, MESQUITE CANYON I, according to Book 467 of Maps, Page 29, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT